# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JUDY LYONS,<br>    Plaintiff | CIVIL ACTION NO. 11-cv-1812 |
| VERSUS | JUDGE _____ |
| ANN KNIGHT, MARK KNIGHT, KELLY KNIGHT SOBIESK, and KNIGHT OIL TOOLS, LLC,<br>    Defendants | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come defendants ANN KNIGHT, MARK KNIGHT, KELLY KNIGHT SOBIESK, and KNIGHT OIL TOOLS, LLC (collectively, "Defendants"), and who, with respect, represent:

1.

Plaintiff, Judy Lyons, filed suit in the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana against Defendants on September 26, 2011 seeking damages resulting from alleged acts of Defendants (the "State Court Proceeding").  A copy of the Petition for Damages and Request for Trial by Jury (the "Petition") filed in the State Court Proceeding is attached hereto as Exhibit "A."

2.

The Petition was served on Knight Oil Tools, LLC on September 29, 2011.  To date, upon information and belief, the other Defendants have not been served.

3.

In the Petition, plaintiff alleges, in addition to State law causes of action, that Defendants' alleged actions "constitute a violation of 18 U.S.C. §1962."

4.

By alleging a violation of and private right of action under 18 U.S.C. §1962, plaintiff has alleged a cause of action under Federal Law pursuant to 28 U.S.C. §1331. As such, removal under 28 U.S.C. §1441 is proper.

5.

In addition to possessing original jurisdiction over plaintiff's Federal Law claims pursuant to 28 U.S.C. §1331, this Honorable Court also has supplemental jurisdiction over plaintiff's state law claims.

5.

Less than thirty (30) days have elapsed since the date on which the citation directed to Knight Oil Tools, LLC (the first served defendant) and the certified copy of the Petition were served on Knight Oil Tools, LLC.  Consequently, the removal of the claims asserted by plaintiff in the State Court Proceeding to the United States District Court for the Western District of Louisiana is timely under 28 U.S.C. §1446(b).

6.

All Defendants join in and consent to filing of this notice and to the removal of this action.

7.

Defendants respectfully request that this "Notice of Removal" be filed in the records of the United States District Court for the Western District of Louisiana, effecting the removal of that certain matter styled "Judy Lyons v. Ann Knight, Mark Knight, Kelly Knight Sobiesk, and Knight Oil Tools, LLC," bearing Civil Action No. 2011-5636-F on the docket of the Fifteenth Judicial District Court, Lafayette Parish, Louisiana to the United States District Court for the Western District of Louisiana.

8.

Upon filing of this Notice of Removal, Defendants will provide written notification to plaintiff and any other parties of such action and will file a copy of the Notice of Removal with the District Clerk of Lafayette Parish, Louisiana. A copy of the State Court notification accompanies this Notice of Removal as Exhibit "B."

9.

Defendants show that a copy of this Notice of Removal has been mailed to all counsel of record this 12th day of October, 2011.

**WHEREFORE**, Defendants pray this the above action now pending against them in the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana, be removed therefrom to this Court and that the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana proceed no further.

                        Respectfully Submitted,

                        LABORDE & NEUNER

By: _____
CLIFFE L. LABORDE III   (# 8062)
(claborde@ln-law.com)
CLIFF A. LACOUR       (#30581)
(clacour@ln-law.com)
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone:   (337) 237-7000
Facsimile:    (337) 233-9450

ATTORNEYS FOR MARK KNIGHT, ANN KNIGHT, KELLY KNIGHT SOBIESK, AND KNIGHT OIL TOOLS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court and all parties through counsel of record using the CM/ECF system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this 12th day of October, 2011.

_____
COUNSEL