U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

MAR 25 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**JUDY TINER**

**VERSUS**

**KNIGHT OIL TOOLS, LLC, ET AL.**

**CIVIL NO. 6:11-1812**

**JUDGE RICHARD T. HAIK**

**MAGISTRATE JUDGE HILL**

## JUDGMENT OF DISMISSAL

The Court having been advised that the intervention filed on behalf of plaintiff's former counsel Breaud & Meyers, A Professional Law Corporation has been settled;

**IT IS ORDERED** that the claim in intervention is **DISMISSED.**  Within sixty (60) days of the date of this Order, upon good cause shown, the parties may move to reopen this action if settlement is not consummated.

The **Bench Trial** on the claim in intervention set before Magistrate Judge C. Michael Hill on April 17, 2014 is **canceled.**

Signed this 25th day of March, 2014, at Lafayette, Louisiana.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE